UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Keith S. Morris,

                    Plaintiff,

            -against-

New York Housing Urban Development et al,

                    Defendants.

24cv1641 (LTS)

CIVIL JUDGMENT

For the reasons stated in the April 29, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    July 12, 2024
          New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge